UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAVERNE STEWARD<br>    Plaintiff,<br><br>v.<br><br>MENARD, INC.<br>    Defendant. | CAUSE NO: 1:20-cv-3177 |

**PETITION FOR REMOVAL OF ACTION**

Defendant, Menard, Inc. ("Menards"), by counsel, and for its Petition for Removal of Action, states as follows:

1. On November 18, 2020, Plaintiff filed her Complaint for Damages against Menards in the Hendricks County Superior Court 4, of Indiana under Cause Number 32D04-2011-CT-000200.

2. In her Complaint, Plaintiff alleges that on August 20, 2020, she was an invitee on the Menards' premises when she slipped and fell, causing her injuries and damages.

3. Plaintiff alleges that she sustained damages as a result of an incident at a Menards' store.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant Menards is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiff's Complaint

has an open prayer for damages and alleges that Defendant breached its duty to Plaintiff causing Plaintiff to incur "permanent injuries" and "medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses." Additionally, Plaintiff's counsel was consulted and was unable to stipulate that Plaintiff's damages do not exceed $75,000.00.

8. Defendant Menards was served with Plaintiff's Complaint by certified mail on November 23, 2020.

9. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

10. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. are attached as "Exhibit A".

11. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Hendricks County Superior Court that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Hendricks County Superior Court 4 of Indiana, under Cause Number 32D04-2011-CT-000200, be removed to this Court for all further proceedings.

Dated: December 11, 2020.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/Jessica N. Hamilton*
   Jessica N. Hamilton (#34268-71)
   Attorney for Menard, Inc.

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 11th day of December, 2020, the foregoing has been electronically served on the following counsel of record:

Phillip Olsson
James Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
philo@kennunn.com
jamesh@kunnunn.com
*Attorney for Plaintiff*

                                                  */s/Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com