95171.34

| | |
|---|---|
| STATE OF INDIANA | IN THE HENDRICKS SUPERIOR COURT 4 |
| COUNTY OF HENDRICKS | CAUSE NO.: 32D04-2011-CT-000200 |

LAVERNE STEWARD
    Plaintiff,

v.

MENARD, INC.
    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

    Party Classification:  Initiating:_____   Responding: __X__   Intervening: _____

1.     The undersigned attorney appears in this case for the following party member:

**Menard, Inc.**

2.     Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |

| | | |
|---|---|---|
| Leslie B. Pollie | Atty. No. | 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | lbpollie@kopkalaw.com |
| Carmel, IN 46032 | | |

    **IMPORTANT:** Each attorney specified on this Appearance:

    (a)    certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.      Case Type requested under Administrative Rule 8(b)(3):  **CT**

4.      I will accept service by fax at the above noted number:  **No**

         I will accept service by email at the above noted address:  **Yes**

5.      This case involves child support issues:  **No**

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7.      This case involves a petition for involuntary commitment:  **No**

8.      Are there related cases:  **No**

9.      Additional information required by local rule:  **No**

10.     Are there other party members:  **No**

11.     This form has been served on all other parties and a Certificate of Service is attached.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/Jessica N. Hamilton*
     Jessica N. Hamilton (#34268-71)
     Leslie B. Pollie (#25716-49)
     Attorneys for Menard, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on the 4th day of December 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Phillip Olsson
James Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
philo@kennunn.com
jamesh@kunnunn.com
*Attorney for Plaintiff*

*/s/Jessica N. Hamilton*

2

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:     (317) 818-1390
Email: jnhamilton@kopkalaw.com

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | CAUSE NO: | |
|---|---|---|
| 1. | Name of first initiating party | LaVerne Steward<br>9020 Forest Willow Drive<br>Indianapolis, IN  46234 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Phillip Olsson #29416-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:            812 331-5321<br>Email:  philo@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

                                           s/Phillip Olsson
                                           Attorney-at-Law
                                         (Attorney information shown above.)

| STATE OF INDIANA | ) | IN THE HENDRICKS COURT |
|---|---|---|
|  | ) SS: |  |
| COUNTY OF HENDRICKS | ) | CAUSE NO. |

LAVERNE STEWARD

    VS.

MENARD, INC.

## COMPLAINT FOR DAMAGES

    Comes now the plaintiff, LaVerne Steward, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Menard, Inc., alleges and says:

    1.    That on or about August 20, 2020, the plaintiff, LaVerne Steward, was a customer at the Menard's store located at 10555 East US Highway 36 in Avon, Hendricks County, Indiana.

    2.    That on or about August 20, 2020, the plaintiff, LaVerne Steward, tripped and fell over a raised electrical outlet plate on the floor at said location, causing the plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.	That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.	That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.	That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:	*s/ Phillip Olsson*
	Phillip Olsson, #29416-53
	KEN NUNN LAW OFFICE
	104 South Franklin Road
	Bloomington, IN  47404
	Phone: (812) 332-9451
	Fax: (812) 331-5321
	E-mail: philo@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:     *s/ Phillip Olsson*
        Phillip Olsson, #29416-53
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: philo@kennunn.com

Phillip Olsson, #29416-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

95171.34

| | |
|---|---|
| STATE OF INDIANA | IN THE HENDRICKS SUPERIOR COURT 4 |
| COUNTY OF HENDRICKS | CAUSE NO.: 32D04-2011-CT-000200 |

LAVERNE STEWARD
    Plaintiff,

v.

MENARD, INC.
    Defendant.

### DEFENDANT MENARD, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Menard, Inc., by counsel, respectfully requests the Court for an extension of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, up to, and including, January 10, 2020, and in support would show the Court as follows:

1. That Plaintiff's Complaint was filed with this Court on or about November 18, 2020.

2. That service upon Defendant, Menard, Inc., was perfected by personal service on or about November 23, 2020

3. That Defendant's answer to Plaintiff's Complaint is due on or about December 13, 2020.

4. That undersigned counsel requests additional time to enable counsel to confer with their client to review the facts, and to prepare appropriate responses.

**WHEREFORE**, Defendant, Menard, Inc., respectfully request this Court for an additional thirty (30) days in which to answer, or otherwise respond, to Plaintiff's Complaint up to, and including, January 11, 2021, and for all other relief just and proper in the premises.

1

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton (#34268-71)
    Attorney for Menard, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Phillip Olsson
James Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
philo@kennunn.com
jamesh@kunnunn.com
*Attorney for Plaintiff*


*Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

95171.34

| | |
|---|---|
| STATE OF INDIANA | IN THE HENDRICKS SUPERIOR COURT 4 |
| COUNTY OF HENDRICKS | CAUSE NO.: 32D04-2011-CT-000200 |

LAVERNE STEWARD
    Plaintiff,

v.

MENARD, INC.
    Defendant.

## ORDER

Defendant Menard, Inc., by counsel, having filed their Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, being duly advised in the premises, now finds that said motion is meritorious and is hereby granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, Menard, Inc., shall have up to, and including, January 11, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Date: **December 4, 2020**

                                                           MS
                                      Judge, Hendricks Superior Court 4

Distribution to parties via IEFS

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LAVERNE STEWARD
    Plaintiff,

v.                                          CAUSE NO: 1:20-cv-3177

MENARD, INC.
    Defendant.

## PETITION FOR REMOVAL OF ACTION

Defendant, Menard, Inc. ("Menards"), by counsel, and for its Petition for Removal of Action, states as follows:

1. On November 18, 2020, Plaintiff filed her Complaint for Damages against Menards in the Hendricks County Superior Court 4, of Indiana under Cause Number 32D04-2011-CT-000200.

2. In her Complaint, Plaintiff alleges that on August 20, 2020, she was an invitee on the Menards' premises when she slipped and fell, causing her injuries and damages.

3. Plaintiff alleges that she sustained damages as a result of an incident at a Menards' store.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant Menards is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiff's Complaint

has an open prayer for damages and alleges that Defendant breached its duty to Plaintiff causing Plaintiff to incur "permanent injuries" and "medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses." Additionally, Plaintiff's counsel was consulted and was unable to stipulate that Plaintiff's damages do not exceed $75,000.00.

8. Defendant Menards was served with Plaintiff's Complaint by certified mail on November 23, 2020.

9. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

10. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. are attached as "Exhibit A".

11. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Hendricks County Superior Court that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Hendricks County Superior Court 4 of Indiana, under Cause Number 32D04-2011-CT-000200, be removed to this Court for all further proceedings.

Dated:  December 11, 2020.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/Jessica N. Hamilton*
    Jessica N. Hamilton (#34268-71)
    Attorney for Menard, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of December, 2020, the foregoing has been electronically served on the following counsel of record:

Phillip Olsson
James Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
philo@kennunn.com
jamesh@kunnunn.com
*Attorney for Plaintiff*

                                              */s/Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

3


**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 11/30/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8325 9454 46. Our records indicate that this item was delivered on 11/23/2020 at 09:44 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

*[signature] Mary Coleman*

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MENARD INC  C/O CORPORATION SERVICE COMPANY
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

Customer Reference Number:     C2382494.13627023
Return Reference Number:        L. Steward

2

USPS MAIL PIECE TRACKING NUMBER:  42046204921489019403832594 5446
MAILING DATE:       11/19/2020
DELIVERED DATE:   11/23/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

  MENARD INC  C/O CORPORATION SERVICE COMPANY
  STE 1610
  135 N PENNSYLVANIA ST
  INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 11/19/2020 14:42 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 11/23/2020 07:27 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 11/23/2020 07:38 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 11/23/2020 09:44 | DELIVERED | INDIANAPOLIS,IN 46204 |

CIRCUIT & SUPERIOR COURTS FOR THE COUNTY OF HENDRICKS
STATE OF INDIANA
COURTHOUSE, ONE COURTHOUSE SQUARE
DANVILLE, INDIANA 46122
TELEPHONE: 317 745-9231

LaVerne Steward

                        Plaintiff(s)

     VS.                                              No. _____

Menard, Inc.

                        Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Menard, Inc., c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 11/19/2020

                                                          /s/ Debbie Hopkins
                                                          CLERK, HENDRICKS CIRCUIT/SUPERIOR COURTS

PHILLIP OLSSON, #29416-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN  47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2020.

                                                                        _____
                                                                        SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                                               KEN NUNN LAW OFFICE

                                                               BY:____s/ PHILLIP OLSSON_____
                                                                      ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

    _____C LERK,
    HENDRICKS CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of ___ _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

    _____
    CLERK,HENDRICKS CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of ___ _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Hendricks County, Indiana.

    Dated this __ day of _____, 2020.

    _____C LERK,
    HENDRICKS CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

    _____SHER IFF
    or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____a nd by mailing a copy of the summons without the complaint to _____a t _____t he last known address of defendant(s).

All done in Hendricks County, Indiana.

Fees: $_____

    _____
    SHERIFF or DEPUTY